# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-1160
L.T. Case No. 2010-35072-CFAES

———————————————

LAWRENCE DEBRANGO,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.800 Appeal from the Circuit Court for Volusia County,
Frank Merrill Talbot, II, Judge.

Lawrence DeBrango, Zephyrhills, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

June 18, 2026

PER CURIAM.

   AFFIRMED. *See Maye v. State*, 2026 WL 1346031 (Fla. May 14,
2026).

 MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____